**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Harold G. Adams                                                 CHAPTER 13
                        Debtor(s)

                                                                        BKY. NO. 21-10540 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ *Rebecca Solarz*
                        Rebecca Solarz
                        10 Mar 2021, 16:19:58, EST

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322