Certificate Number: 13858-PAE-DE-035496820

Bankruptcy Case Number: 21-10540



13858-PAE-DE-035496820

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 24, 2021, at 4:43 o'clock PM CDT, Harold G Adams completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 24, 2021         By: /s/Rebecca McDaniel

                             Name: Rebecca McDaniel

                             Title: Counselor