**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **HAROLD G. ADAMS,** | : | |
| | | : | **CASE NO. 21-10540** |
| | | : | |
| | **Debtor.** | : | **Chapter 13** |

**CERTIFICATE OF NO PAY ADVICES**

I hereby certify that on the 4th day of March 2021, after drafting and preparing Debtor's statements and schedules investigated with Debtor his personal assets during the six (6) calendar months which precede bankruptcy and are at issue on Schedule B.

1. Debtor, Harold G. Adams, is currently not-employed and has been not-employed during the sixty (60) day period preceding the filing of the bankruptcy case on March 4, 2021.

2. Debtor, Harold G. Adam's, sole source of income has been that of Social Security.

Respectfully submitted,

/s/ Michael J. McCrystal
Michael J. McCrystal, Esquire
151 MainStreet
Suite A
Emmaus, PA  18049
610.262.7873

Attorney for Debtor