UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Harold G. Adams | Bankruptcy No.21-10540-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 2nd day of June, 2021, by first class mail upon those listed below:

Harold G. Adams
316 Walker Rd
Macungie, PA  18062

**Electronically via CM/ECF System Only:**

McCRYSTAL LAW OFFICES
MICHAEL J McCRYSTAL ESQ
151 MAIN STREET SUITE A
EMMAUS, PA  18049

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee