# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  Harold G. Adams                                       Case No.  21-10540
                          Debtor(s)                          Chapter   13

# PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal, Esquire** declare that I am a resident of or employed in the County of **Lehigh** State of Pennsylvania. My address is **151 Main Street, STE A, Emmaus, PA 18049**  I am over the age of eighteen years of age and am not a party to this case.

On **June 10, 2021**, I served the First Amended Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail/ECF addressed as follows:

Aes Members 1st Fcu
Attn: Bankruptcy
Po Box 40
Mechanicsburg, PA 17055

Bb&T
Attn: Bankruptcy
Po Box 1847
Wilson, NC 27894

Capital One
AttnL: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citi/Sears
Citibank/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Comenity Bank/Bon Ton
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Fashion Bug
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Dell Financial Services
Attn: Bankruptcy
Po Box 81577
Austin, TX 78708

Eastern Revenue Inc
Attn: Bankruptcy
601 Dresher Rd. Suite 301
Horsham, PA 19044

Financial Recoveries
Attn: Bankruptcy
200 East Park Dr Ste 100
Mount Lurel, NJ 08054

Financial Recoveries
Attn: Bankruptcy
200 East Park Dr Ste 100
Mount Lurel, NJ 08054

Greensky
Attn: Bankruptcy Dept
1797 North East Expressway
Atlanta, GA 30329

Keybank Na
Attn: Bankruptcy
Oh-01-51-06224910 Tiedman Rd.
Brooklyn, OH 44144

Keybank, Na
Attn: Bankruptcy
(Oh-01-51-0622)   4910 Tiedeman Rd
Brooklyn, OH 44144

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

Midland Credit Mgmt Inc.
2365 Northside Drive
STE 300
San Diego, CA 92108

Pnc Bank
Atn: Bankruptcy Department
Po Box 94982: Ms: Br-Yb58-01-5
Cleveland, OH 44101

Primeway Fcu
Attn: Bankruptcy
Po Box 53088
Houston, TX 77052

Sears/cbna
Po Box 6217
Sioux Falls, SD 57117

Synchrony Bank
attn.: Bankr. Dept.
PO Box 965060
Orlando, FL 32986-5060

Synchrony Bank/Amazon
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/TJX
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

I declare that the foregoing is true and correct, and that this declaration was executed on <u>June 10, 2021</u>.

_____
Signature