Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 21-10540-PMM**

Harold G. Adams
316 Walker Rd
Macungie  PA    18062

Petition Filed Date: 03/04/2021

341 Hearing Date: 04/13/2021

Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $100.00 | 1710114048 | 05/13/2021 | $100.00 | 17100115434 | | | |

**Total Receipts for the Period: $200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $200.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | KEYBANK<br>»» 001 | Unsecured Creditors | $1,797.61 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $8,657.46 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $3,749.66 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $8,912.87 | $0.00 | $0.00 |
| 6 | M&T BANK<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BRANCH BANKING & TRUST CO<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $6,485.68 | $0.00 | $0.00 |
| 9 | ELAN FINANCIAL SERVICES<br>»» 008 | Unsecured Creditors | $6,505.05 | $0.00 | $0.00 |
| 10 | GREENSKY, LLC<br>»» 009 | Unsecured Creditors | $6,028.92 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-10540-PMM**

| | |
|---|---|
| **SUMMARY** | |

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $200.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $0.00 | Arrearages: | $100.00 |
| Paid to Trustee: | $17.00 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $183.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.