Certificate Number: 13858-PAE-DE-035496820

Bankruptcy Case Number: 21-10540



13858-PAE-DE-035496820

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 24, 2021</u>, at <u>4:43</u> o'clock <u>PM CDT</u>, <u>Harold G Adams</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 24, 2021</u>              By:   <u>/s/Rebecca McDaniel</u>

                                          Name: <u>Rebecca McDaniel</u>

                                          Title: <u>Counselor</u>