United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-10540-pmm
Harold G. Adams  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Aug 12, 2021 | Form ID: 155 | Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold G. Adams, 316 Walker Rd, Macungie, PA 18062-2012 |
| 14587723 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14587731 | + | Eastern Revenue Inc, Attn: Bankruptcy, 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 14589655 | + | Enter Movant of Client, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14587732 | + | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 14587735 | | Keybank Na, Attn: Bankruptcy, Oh-01-51-06224910 Tiedman Rd., Brooklyn, OH 44144 |
| 14589682 | + | M & T Bank, c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14587724 | | Email/Text: bankruptcy@bbandt.com | Aug 12 2021 23:32:00 | Bb&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14601321 | + | Email/Text: bankruptcy@bbandt.com | Aug 12 2021 23:32:00 | BB&T Now Truist, Bankruptcy Section, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 14587725 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 12 2021 23:33:48 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14587727 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2021 23:33:41 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14587728 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 12 2021 23:32:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14587729 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 12 2021 23:32:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14587730 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 12 2021 23:33:41 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14587734 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 12 2021 23:32:00 | Greensky, Attn: Bankruptcy Dept, 1797 North East Expressway, Atlanta, GA 30329-2451 |
| 14612284 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 12 2021 23:32:00 | Greensky,LLC/Home Depot Loan, 1797 North East Expressway Suite 100, Atlanta, GA 30329-2451 |
| 14587726 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 12 2021 23:33:40 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14589211 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 12 2021 23:32:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14587736 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 12 2021 23:32:00 | Keybank, Na, Attn: Bankruptcy, Oh-01-51-0622) 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14587737 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 12 2021 23:32:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: 155 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14587738 | | Email/Text: camanagement@mtb.com | Aug 12 2021 23:32:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14600850 | | Email/Text: camanagement@mtb.com | Aug 12 2021 23:32:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14594413 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2021 23:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14587741 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2021 23:32:00 | Midland Credit Mgmt Inc., 2365 Northside Drive, STE 300, San Diego, CA 92108-2709 |
| 14587742 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2021 23:32:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 14605441 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2021 23:33:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14587743 | + | Email/Text: collections1@primewayfcu.com | Aug 12 2021 23:32:00 | Primeway Fcu, Attn: Bankruptcy, Po Box 53088, Houston, TX 77052-3088 |
| 14587744 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2021 23:33:57 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14587745 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 12 2021 23:33:40 | Synchrony Bank, attn.: Bankr. Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14587746 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 12 2021 23:33:40 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14587747 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 12 2021 23:33:40 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14606714 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 12 2021 23:32:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14587733 | *+ | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 14587739 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14587740 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021         Signature:         /s/Joseph Speetjens

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Aug 12, 2021 Form ID: 155 Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Harold G. Adams mccrystallaw@gmail.com sueparalegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Harold G. Adams
     Debtor(s)

Chapter: 13
Bankruptcy No: 21−10540−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 12, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

33
Form 155