| | | |
|---|---|---|
| IN RE:  Harold G. Adams | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE No. 21-10540-pmm |

## CERTIFICATE OF NON-RESPONSE

I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion to Approve Professional Compensation. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than September 15, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Approve Professional Compensation case be entered at the earliest convenience.

Dated: September 15, 2021

Respectfully submitted,

/S/Michael J. McCrystal
_____
Michael J. McCrystal, Esquire
326 Main Street, STE 1
Emmaus, PA 18049
(610) 262-7873
Attorney for the Debtor