| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-10540-PMM**

Harold G. Adams
316 Walker Rd
Macungie  PA    18062

Petition Filed Date: 03/04/2021
341 Hearing Date: 04/13/2021
Confirmation Date: 08/12/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $100.00 | 1710114048 | 05/13/2021 | $100.00 | 17100115434 | 06/22/2021 | $100.00 | 1710116433 |
| 07/01/2021 | $100.00 | 1710117639 | 07/28/2021 | $100.00 | 1710118908 | 08/25/2021 | $100.00 | 27051733192 |
| 09/28/2021 | $100.00 | 209639937012 | 10/27/2021 | $100.00 | 1803769092 | 11/24/2021 | $100.00 | 27051734608 |
| 12/28/2021 | $100.00 | 209639926518 | 01/25/2022 | $100.00 | 27051734880 | 03/01/2022 | $100.00 | 27999600074 |
| 03/29/2022 | $100.00 | 27051736691 | 05/02/2022 | $100.00 | 27051735587 | 06/01/2022 | $100.00 | 27051735903 |
| 06/27/2022 | $100.00 | 27999601086 | 07/27/2022 | $100.00 | 27999602335 | | | |

**Total Receipts for the Period: $1,700.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | KEYBANK N.A. <br>»» 001 | Unsecured Creditors | $1,797.61 | $0.00 | $1,797.61 |
| 2 | MIDLAND CREDIT MANAGEMENT INC <br>»» 002 | Unsecured Creditors | $8,657.46 | $0.00 | $8,657.46 |
| 3 | MIDLAND CREDIT MANAGEMENT INC <br>»» 003 | Unsecured Creditors | $3,749.66 | $0.00 | $3,749.66 |
| 5 | MIDLAND CREDIT MANAGEMENT INC <br>»» 004 | Unsecured Creditors | $8,912.87 | $0.00 | $8,912.87 |
| 6 | M&T BANK <br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BRANCH BANKING & TRUST CO <br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES <br>»» 007 | Unsecured Creditors | $6,485.68 | $0.00 | $6,485.68 |
| 9 | ELAN FINANCIAL SERVICES <br>»» 008 | Unsecured Creditors | $6,505.05 | $0.00 | $6,505.05 |
| 10 | GREENSKY, LLC <br>»» 009 | Unsecured Creditors | $6,028.92 | $0.00 | $6,028.92 |
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $1,800.00 | $1,461.00 | $339.00 |

**Chapter 13 Case No. 21-10540-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,700.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $1,461.00 | Arrearages: | $100.00 |
| Paid to Trustee: | $147.00 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $92.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.