Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-10540-PMM**

Harold G. Adams  
316 Walker Rd  
Macungie  PA    18062

Petition Filed Date: 03/04/2021  
341 Hearing Date: 04/13/2021  
Confirmation Date: 08/12/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2022 | $100.00 | 27999602730 | 09/30/2022 | $100.00 | 27999602976 | 10/31/2022 | $100.00 | 28423905131 |
| 11/28/2022 | $100.00 | 28423905355 | 12/29/2022 | $100.00 | 28423905625 | 01/25/2023 | $100.00 | 28423905838 |
| 02/27/2023 | $100.00 | 28423908022 | 03/28/2023 | $100.00 | 28423908360 | 04/25/2023 | $100.00 | 28423908685 |
| 05/26/2023 | $100.00 | 28423907807 | 06/27/2023 | $100.00 | 28561811005 | 08/01/2023 | $100.00 | 28423910362 |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | KEYBANK N.A.<br>»» 001 | Unsecured Creditors | $1,797.61 | $32.52 | $1,765.09 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $8,657.46 | $156.55 | $8,500.91 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $3,749.66 | $67.83 | $3,681.83 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $8,912.87 | $161.18 | $8,751.69 |
| 6 | M&T BANK<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BRANCH BANKING & TRUST CO<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $6,485.68 | $103.28 | $6,382.40 |
| 9 | ELAN FINANCIAL SERVICES<br>»» 008 | Unsecured Creditors | $6,505.05 | $103.58 | $6,401.47 |
| 10 | GREENSKY LLC<br>»» 009 | Unsecured Creditors | $6,028.92 | $95.99 | $5,932.93 |
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |

**Chapter 13 Case No. 21-10540-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,900.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $2,520.93 | Arrearages: | $100.00 |
| Paid to Trustee: | $247.00 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $132.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.