| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-10540-PMM**

Harold G. Adams
316 Walker Rd
Macungie  PA   18062

Petition Filed Date: 03/04/2021
341 Hearing Date: 04/13/2021
Confirmation Date: 08/12/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | $100.00 | 28423910362 | 08/28/2023 | $100.00 | 22032598786 | 09/27/2023 | $100.00 | 28423910722 |
| 11/02/2023 | $100.00 | 28877201100 | 11/21/2023 | $100.00 | 28877201155 | 01/02/2024 | $100.00 | 28877201436 |
| 01/30/2024 | $100.00 | 28423910981 | 02/27/2024 | $100.00 | 28877204283 | 03/27/2024 | $100.00 | 28877204553 |
| 04/26/2024 | $100.00 | 28877205058 | 05/22/2024 | $100.00 | 29386665360 | 07/02/2024 | $100.00 | 29386664267 |
| 07/25/2024 | $100.00 | 29386665922 | | | | | | |

**Total Receipts for the Period: $1,300.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | KEYBANK N.A.<br>»» 001 | Unsecured Creditors | $1,797.61 | $78.72 | $1,718.89 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $8,657.46 | $397.53 | $8,259.93 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $3,749.66 | $172.23 | $3,577.43 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $8,912.87 | $409.32 | $8,503.55 |
| 6 | M&T BANK<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BRANCH BANKING & TRUST CO<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $6,485.68 | $297.81 | $6,187.87 |
| 9 | ELAN FINANCIAL SERVICES<br>»» 008 | Unsecured Creditors | $6,505.05 | $298.69 | $6,206.36 |
| 10 | GREENSKY LLC<br>»» 009 | Unsecured Creditors | $6,028.92 | $276.86 | $5,752.06 |
| 0 | MICHAEL J McCRYSTAL ESQ | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |

**Chapter 13 Case No. 21-10540-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,100.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $3,731.16 | Arrearages: | $100.00 |
| Paid to Trustee: | $365.00 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $3.84 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.