| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 21-10540-PMM**

| | |
|---|---|
| Harold G. Adams | Petition Filed Date: 03/04/2021 |
| 316 Walker Rd | 341 Hearing Date: 04/13/2021 |
| Macungie  PA   18062 | Confirmation Date: 08/12/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/04/2024 | $100.00 | 22062601973 | 10/01/2024 | $100.00 | 22071250978 | 10/29/2024 | $100.00 | 28877205756 |
| 12/04/2024 | $100.00 | 29386667002 | 01/02/2025 | $100.00 | 29386667327 | 01/28/2025 | $100.00 | 22046513234 |
| 03/07/2025 | $100.00 | 29386668082 | 03/31/2025 | $100.00 | 29386668205 | 05/06/2025 | $100.00 | 29386669882 |
| 06/03/2025 | $100.00 | 29812588053 | 07/01/2025 | $100.00 | 29386668475 | 07/29/2025 | $100.00 | 29812588571 |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | KEYBANK N.A.<br>»» 001 | Unsecured Creditors | $1,797.61 | $125.65 | $1,671.96 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $8,657.46 | $624.52 | $8,032.94 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $3,749.66 | $270.58 | $3,479.08 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $8,912.87 | $643.07 | $8,269.80 |
| 6 | M&T BANK<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BRANCH BANKING & TRUST CO<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $6,485.68 | $467.91 | $6,017.77 |
| 9 | ELAN FINANCIAL SERVICES<br>»» 008 | Unsecured Creditors | $6,505.05 | $469.29 | $6,035.76 |
| 10 | GREENSKY LLC<br>»» 009 | Unsecured Creditors | $6,028.92 | $434.96 | $5,593.96 |
| 0 | MICHAEL J McCRYSTAL ESQ | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |

**Chapter 13 Case No. 21-10540-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,300.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $4,835.98 | Arrearages: | $100.00 |
| Paid to Trustee: | $460.00 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $4.02 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.