United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 21-10540-pmm |
|---|---|
| Harold G. Adams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2026 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold G. Adams, 316 Walker Rd, Macungie, PA 18062-2012 |
| 14587723 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14587735 | | Keybank Na, Attn: Bankruptcy, Oh-01-51-06224910 Tiedman Rd., Brooklyn, OH 44144 |
| 14589682 | + | M & T Bank, c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 13 2026 04:25:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 13 2026 04:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14587724 | | Email/Text: bankruptcy@bbandt.com | Jun 13 2026 04:25:00 | Bb&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14601321 | + | Email/Text: bankruptcy@bbandt.com | Jun 13 2026 04:25:00 | BB&T Now Truist, Bankruptcy Section, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 14587725 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2026 04:04:25 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14587726 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2026 04:04:25 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14587727 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2026 04:04:30 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14587728 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2026 04:25:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14587729 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2026 04:25:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14587730 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 13 2026 04:03:54 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14587731 | + | Email/Text: emails@easternrevenue.com | Jun 13 2026 04:25:00 | Eastern Revenue Inc, Attn: Bankruptcy, 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 14589655 | ^ | MEBN | Jun 13 2026 02:39:38 | Enter Movant of Client, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Jun 12, 2026 | Form ID: 138OBJ | Total Noticed: 34

| 14587732 | ^ MEBN | | |
| | | Jun 13 2026 02:39:37 | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 14587734 | + Email/Text: bankruptcy@greenskycredit.com | | |
| | | Jun 13 2026 04:25:00 | Greensky, Attn: Bankruptcy Dept, 1797 North East Expressway, Atlanta, GA 30329-2451 |
| 14612284 | + Email/Text: bankruptcy@greenskycredit.com | | |
| | | Jun 13 2026 04:25:00 | Greensky,LLC/Home Depot Loan, 1797 North East Expressway Suite 100, Atlanta, GA 30329-2451 |
| 14589211 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Jun 13 2026 04:25:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14587736 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Jun 13 2026 04:25:00 | Keybank, Na, Attn: Bankruptcy, Oh-01-51-0622) 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14587737 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jun 13 2026 04:03:23 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14587738 | Email/Text: camanagement@mtb.com | | |
| | | Jun 13 2026 04:25:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14600850 | Email/Text: camanagement@mtb.com | | |
| | | Jun 13 2026 04:25:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14594413 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 13 2026 04:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14587741 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 13 2026 04:25:00 | Midland Credit Mgmt Inc., 2365 Northside Drive, STE 300, San Diego, CA 92108-2710 |
| 14587742 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jun 13 2026 04:25:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 14605441 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 13 2026 04:03:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14587743 | + Email/Text: collections1@primewayfcu.com | | |
| | | Jun 13 2026 04:25:00 | Primeway Fcu, Attn: Bankruptcy, Po Box 53088, Houston, TX 77052-3088 |
| 14587744 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 13 2026 04:03:28 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14587745 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 13 2026 04:03:53 | Synchrony Bank, attn.: Bankr. Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14587746 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 13 2026 04:03:23 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14587747 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 13 2026 04:03:53 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14606714 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Jun 13 2026 04:25:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14587733 | *+ | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 14587739 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14587740 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14631956 | ##+ | MCCRYSTAL LAW OFFICE, 326 Main Street, Suite 1, EMMAUS, EMMAUS, PA 18049-2739 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jun 12, 2026 | Form ID: 138OBJ | Total Noticed: 34

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MAGGIE S SOBOLESKI | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Harold G. Adams mccrystallaw@gmail.com sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)–doc 60 –

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   Harold G. Adams                              )          Case No. 21−10540−pmm
                                 )
                                 )
   Debtor(s).                                    )          Chapter: 13
                                 )
                                 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:


The Standing Chapter 13 Trustee has indicated that all plan payments have been made.


Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.



Date: June 12, 2026                                      For The Court

                                                               Mohung Wong
                                                               Clerk of Court